# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDREW D. WETZEL

NO. 2021 KW 1479

**DECEMBER 1, 2021**

---

In Re:     Andrew D. Wetzel, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 1077-F-2021.

---

**BEFORE:     McDONALD, LANIER, AND WOLFE, JJ.**

    **STAY REQUEST DENIED.     WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the ruling at issue, the application for the witness subpoena, the transcript of the November 19, 2021 motion hearing, the court minutes, the bill of information, and any other relevant documents or transcripts that would assist with addressing his claims.  Therefore, this court cannot adequately review the district court's ruling on the request for witness subpoena.  Supplementation of this writ application and/or an application for rehearing will not be considered.  See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.  In the event relator elects to file a new application with this court, the application shall be filed on or before January 3, 2022 and should comply with the requirements of Rule 4-4 concerning requests for expedited consideration.  Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT